UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION



FILED
2003 JUN 18 A 11: 38
DISTRICT COURT
OF FLORIDA

WILLIE MATHEWS,

    Plaintiff,

vs.

JAMES V. CROSBY, JR., et als.,

    Defendants.

_____ /

CASE NO. 99-1117-Civ-J-32MMH
Judge: Corrigan

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT POSTON

Plaintiff Willie Mathews, by and through his undersigned counsel, pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Middle District, respectfully moves this Court for an Order consistent with this Motion. Plaintiff states as follows:

### INCORPORATED MEMORANDUM IN SUPPORT

Defendant Poston has a presently pending motion for summary judgment. Plaintiff's response to same, pursuant to Order of the Court, is due by June 20, 2003.

Plaintiff had intended to proceed with Defendant Poston's deposition on June 6, 2003. Plaintiff cancelled the deposition and rescheduled it for June 16, 2003, because documents subpoenaed from the Department of Corrections had not been provided in a timely fashion. After review of documents produced by the DOC, Plaintiff decided to cancel the June 16th deposition of Dr. Poston and advised all defense counsel on June 13, 2003, of Plaintiff's intent to voluntarily dismiss Dr. Poston from this case with prejudice.

238

On June 16, 2003, undersigned counsel spoke personally with Dr. Poston's counsel, J. Ray Poole, Esq. Mr. Poole advised that he objected to the dismissal of Dr. Poston from this action so as to protect from waiving any claim for attorneys fees and/or costs associated with this action.

Fed.R.Civ.P.41(a) provides that following a party's answer or filing of a motion for summary judgment, Plaintiff may voluntarily dismiss a party only by stipulation signed by all parties who have appeared in the action [Fed.r.Civ.P. 41(a) (1)(ii)] or by order of the Court upon motion [Fed.R.Civ.P.41(a)(2)].

The purpose of the provision requiring court approval is not to prejudice any counterclaim of the Defendant. In this action, there is no counterclaim.

Therefore, Plaintiff seeks an Order of the Court dismissing Defendant Poston from this action with prejudice. The issue of whether the dismissal should be without attorney fees or costs is the issue which prevents Plaintiff and Mr. Poole from agreement. Plaintiff sees no legal basis for Defendant to assert any claim for attorneys fees and believes that the dismissal should be with prejudice and without fees. As for costs, Plaintiff agrees that Defendant may make any appropriate application to the Court following dismissal.

WHEREFORE, Plaintiff requests that the Court grant the instant Motion, entering an Order of Dismissal as to Defendant Poston with prejudice and without attorney fees,

reserving as to the issue of costs, and/or the Court enter any such other relief which it deems appropriate.

                                      Guy Bennett Rubin
                                      Florida Bar No. 691305
                                      Stuart M. Address
                                      Florida Bar No. 989606
                                      Rubin & Rubin
                                      P.O. Box 395
                                      Stuart, Florida 34995
                                      (772) 283-2004
                                      Fax: (772) 283-2009

## CERTIFICATION PURSUANT TO LOCAL RULE 3.01(g)

Undersigned counsel hereby certifies pursuant to Local Rule 3.01(g) that he has consulted with J. Ray Poole, Esq., counsel for Defendant Poston, and that Mr. Poole advised on June 16, 2003, that he objected to dismissal of Defendant Poston so as to preserve his client's rights to seek recovery of attorneys'fees and/or costs.

                                      Stuart M. Address, Esq.
                                      Florida Bar Number 989606
                                      Rubin & Rubin
                                      Post Office Box 395
                                      Stuart, Florida 34995
                                      Tel.: (772) 283-2004
                                      Fax: (772) 283-2009

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served by U.S. Mail to: **Jeffrey Cramer**, Esq., One Independent Dr., Suite 3300, Jacksonville, FL 32202; **Kevin A. Blazs**, Esq., 200 West Forsyth Street, Suite 1700, Jacksonville, FL 32202-4359; **Theodore R. Doran**, Esq., 444 Seabreeze Boulevard, Suite 800, Post Office Drawer 15110, Daytona Beach, Florida 32115; **John M.**

**Dickinson**, Esq., Post Office Box 41099, Jacksonville, Florida 32203; and **Kelly Overstreet Johnson Esq./Laureen E. Galeoto**, Esq., Broad and Cassel, 215 South Monroe Street, P.O. Box 11300, Tallahassee, Fl 32301 this /6th day of June 2003.

_____
Stuart M. Address, Esq.
Florida Bar Number 989606
Rubin & Rubin
Post Office Box 395
Stuart, Florida 34995
Tel.: (772) 283-2004
Fax: (772) 283-2009