

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIE MATHEWS,

           Plaintiff,

vs.                                    Case No. 3:99-cv-1117-J-32MMH

JAMES V. CROSBY, JR., et al.,

           Defendants.

_____

### ORDER ON PLAINTIFF'S EMERGENCY MOTION
### FOR VOLUNTARY DISMISSAL OF REMAINING DEFENDANTS

This case is before the Court on Plaintiff's Emergency Motion for Voluntary Dismissal of Remaining Defendants (Doc. 404), filed on February 9, 2004. The Court held a hearing on the motion, the record of which is incorporated by reference. As stated on the record at the hearing, it is hereby

**ORDERED**:

1. Plaintiff's <u>ore tenus</u> Motion for Stay, which the remaining defendants oppose, is **DENIED** for the reasons stated on the record at the February 9, 2004 hearing.

2. Plaintiff's Emergency Motion for Voluntary Dismissal of Remaining Defendants (Doc. 404), which motion defendants do not oppose, is **GRANTED**. Plaintiff's claims against defendants Sgt. Hall, Sgt. Crockett, C.O. Young, C.O. Riner, Sgt. Davidson, Charles Brown, Sgt. Saul, C.O. Dent, C.O. Beck, Timothy Thornton and Sgt. Steve Dobbs are **DISMISSED WITH PREJUDICE** pursuant to Fed.R.Civ.P. 41(a)(2).

3.  The parties are therefore relieved of all filings related to their trial preparations and the trial of this matter, set for February 17, 2004, is **CANCELLED**. The Clerk is directed to **TERM** the following pending motions: Doc. 384 (defendant guards' motion in limine); Doc. 387 (plaintiff's motion in limine); Doc. 388 (Movant DOC's motion for witnesses to appear via video); Doc. 391 (defendant Thornton's motion for summary judgment).

4.  All motions for taxation of costs or attorney's fees shall be filed no later than **March 9, 2004**. Responses thereto shall be filed no later than **April 13, 2004**.[1] As stated on the record, the Court intends to take up the matter of entitlement to attorney's fees before addressing the amount of any such fees. Therefore, any motions for attorney's fees and responses should be limited to the issue of entitlement and the parties are not required to undertake any discovery related to amount of fees at this time.[2]

**DONE AND ORDERED** at Jacksonville, Florida this 11th day of February, 2004.

TIMOTHY J. CORRIGAN
United States District Judge

---

[1] Defendant Poston's pending motions will be addressed once these other motions become ripe.

[2] Before defendants expend considerable time and expense preparing their motions, they may wish to consider plaintiff's ability to pay any resulting judgments.

2

s.
Copies:
counsel of record
Susan A. Maher, Esq.

F I L E   C O P Y

Date Printed: 02/11/2004

Notice sent to:

    Guy Bennett Rubin, Esq.
    Rubin & Rubin
    P.O. Box 395
    Stuart, FL  34995

    3:99-cv-01117    lph

    Stuart M. Address, Esq.
    Rubin & Rubin
    P.O. Box 395
    Stuart, FL  34995

    3:99-cv-01117    lph

    Kevin Anthony Blazs, Esq.
    Gobelman, Love, Gavin, Blazs & Wasilenko
    815 S. Main St., Suite 300
    Jacksonville, FL  32207

    3:99-cv-01117    lph

    Ronald S. Wasilenko, Esq.
    Gobelman, Love, Gavin, Blazs & Wasilenko
    815 S. Main St., Suite 300
    Jacksonville, FL  32207

    3:99-cv-01117    lph

    Robert H. Ellis, Esq.
    Gobelman, Love, Gavin, Blazs & Wasilenko
    815 S. Main St., Suite 300
    Jacksonville, FL  32207

    3:99-cv-01117    lph

    Robert E. Blanchfield, Esq.
    Wicker, Smith, O'Hara, McCoy, Graham & Ford, P.A.
    390 N. Orange Ave., Suite 1000
    P.O. Box 2753
    Orlando, FL  32802-2753

    3:99-cv-01117    lph

    Theodore R. Doran, Esq.
    Doran, Rost, Wolfe & Ansay
    444 Seabreeze Blvd.
    Suite 800
    Daytona Beach, FL  32118

    3:99-cv-01117    lph

___ Aaron R. Wolfe, Esq.
Doran, Rost, Wolfe & Ansay
444 Seabreeze Blvd.
Suite 800
Daytona Beach, FL   32118

3:99-cv-01117    lph

___ Kelly Overstreet Johnson, Esq.
Broad & Cassel
215 S. Monroe St., Suite 400
P.O. Box 11300
Tallahassee, FL   32302

3:99-cv-01117    lph

___ Laureen E. Galeoto, Esq.
Broad & Cassel
215 S. Monroe St., Suite 400
P.O. Box 11300
Tallahassee, FL   32302

3:99-cv-01117    lph

___ Martin A. Fitzpatrick, Esq.
Broad & Cassel
215 S. Monroe St., Suite 400
P.O. Box 11300
Tallahassee, FL   32302

3:99-cv-01117    lph

___ Jeffrey Allen Cramer, Esq.
The Cramer Law Firm
8823 San Jose Blvd., Suite 306
Jacksonville, FL   32217

3:99-cv-01117    lph

___ John F. Dickinson, Esq.
Constangy, Brooks & Smith, LLC
P.O. Box 41099
Jacksonville, FL   32203

3:99-cv-01117    lph

___ F. Damon Kitchen, Esq.
Constangy, Brooks & Smith, LLC
P.O. Box 41099
Jacksonville, FL   32203

3:99-cv-01117    lph

___ J. Ray Poole Jr., Esq.
Constangy, Brooks & Smith, LLC
P.O. Box 41099
Jacksonville, FL   32203

3:99-cv-01117    lph

___   Martha Della Wallace Bolton, Esq.
      Marks, Gray, P.A.
      1200 Riverplace Blvd., #800
      P.O. Box 447
      Jacksonville, FL  32201-0447

      3:99-cv-01117    lph

___   Robert S. Griscti, Esq.
      Turner & Griscti, P.A.
      204 W. University Ave., Suite 6
      P.O. Box 508
      Gainesville, FL  32602

      3:99-cv-01117    lph

___   Susan A. Maher, Esq.
      General Counsel's Office
      Department of Corrections
      2601 Blair Stone Rd.
      Tallahassee, FL  32399-2500

      3:99-cv-01117    lph

___   Susan Patricia Stephens, Esq.
      Attorney General's Office
      Corrections Litigation Branch
      The Capitol, Suite PL-01
      Tallahassee, FL  32399-1050

      3:99-cv-01117    lph

___   D. Andrew Vloedman, Esq.
      Perry & Vloedman
      2790 N.W. 43rd St., Suite 200
      Gainesville, FL  32606-7250

      3:99-cv-01117    lph